IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA )
 )
v. ) No. 4:12-CR-00142 JMM
 )
RANDALL ROBINSON )

**MOTION TO DECLARE DEFENDANT INDEGENT FOR
PURPOSES OTHER THAN ATTORNEY FEES**

  Defendant, Randall Robinson, by his attorney, moves the court, pursuant to 18 U.S.C.A

§3006A(e)(1), for an order authorizing counsel to obtain a transcript of the detention hearing held

on June 4, 2012, for the purpose of assisting counsel in the course of preparation for trial, at no

cost to the Defendant.  *See Attached Financial Affidavit*.

  This motion is made on the grounds that the transcript of the detention hearing is

necessary for the preparation of an adequate defense.  The defendant was previously declared

indigent and counsel was appointed in this matter.  The family of the defendant retained the

James Law Firm for purposes of his defense and the defendant is financially unable to obtain

such services himself.

  DATED this 13th day of November, 2012.

        Respectfully submitted,

        /s/ Marjorie E. Rogers
        Bar No. 09126
        Attorney for Defendant
        James Law Firm
        1821 S. Broadway
        Little Rock, AR 72206
        (501) 375-0900
        E-mail: Marjorie@JamesFirm.com

## Certificate of Service

I hereby certify that on November 13, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

Anne E. Gardner
Assistant United States Attorney
P.O. Box 1229
Little Rock, AR 72203

/s/ Marjorie E. Rogers