IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

**UNITED STATES OF AMERICA**

V.                                                                                                        4:12CR00142-02 JMM

**RANDALL TREMAYN ROBINSON**

## ORDER

This action came on for trial July 15, 2013, before the Court and a jury, the Honorable James M. Moody, United States District Judge presiding.

At the conclusion of the evidence presented by the parties on July 17, 2013, the United States sought leave of Court to voluntarily dismiss Count 13 of the Superseding Indictment against the Defendant, which was granted.

The issues having been duly tried, and after deliberating thereon, the jury returned a verdict on July 19, 2013.  The jury found the Defendant guilty of Count 3 of the Superseding Indictment, knowingly and intentionally distributing approximately one half pound of marijuana on or about August 4, 2009, in violation of 21 U.S.C. § 841.  The jury announced to the Court, and to the parties, that they were unable to reach a verdict on Counts 10, 11, and 15 of the Superseding Indictment.

**IT IS THEREFORE CONSIDERED, ORDERED AND ADJUDGED** that a mistrial should be, and is, declared in this cause as to Counts 10, 11, and 15 of the Superseding Indictment and the jury is discharged from further consideration.

**IT IS FURTHER CONSIDERED, ORDERED AND ADJUDGED** that the case is scheduled for re-trial as to these charges on **Monday, September 9, 2013.**                        .

Dated this 22nd day of July, 2013.

_____
UNITED STATES DISTRICT JUDGE